**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | FICO Financial Corporation |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____

**3. Debtor's federal Employer Identification Number** (EIN)

65-0263470

**4. Debtor's address**

**Principal place of business**

500 Knights Run Ave #914
Number     Street

Tampa          FL     33602
City             State   ZIP Code

Hillsborough County
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City             State    ZIP Code

**Location of principal assets, if different from principal place of business**

5850 W Cypress St.
Number          Street

Tampa             FL    33607
City              State   ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | FICO Financial Corporation | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                              MM / DD / YYYY

         District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor   Parusa Investment Corp          Relationship   Parent of FICO

         District   Bankr. M.D. Fla          When _____
                                                  MM / DD / YYYY

         Case number, if known   TBD

| Debtor | FICO Financial Corporation | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

                          _____

                          _____
                          City                          State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | FICO Financial Corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/23/2021
MM / DD / YYYY

✗ /s/ [signature]
Signature of authorized representative of debtor

Christophe Rothpletz
Printed name

Title  President

**18. Signature of attorney**

✗ /s/ Scott Underwood
Signature of attorney for debtor

Date  07/23/2021
MM / DD / YYYY

Scott Underwood
Printed name

Underwood Murray, P.A.
Firm name

100 North Tampa St 2325
Number        Street

| Tampa | FL | 33602 |
|---|---|---|
| City | State | ZIP Code |

8135408402
Contact phone

sunderwood@underwoodmurray.com
Email address

| 0730041 | FL |
|---|---|
| Bar number | State |

| Fill in this information to identify the case: |
|---|
| Debtor name        FICO Financial Corporation |
| United States Bankruptcy Court for the:  Middle District of Florida |
|                                                                    (State) |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

### Part 1:    Summary of Assets

1.  ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................    $ 14,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................    $ 351,778.85

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...............................................................    $ 14,351,778.85

---

### Part 2:    Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................    $ 0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................    $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................    +$ 812,597.10

4.  **Total liabilities** ..............................................................................................................    **$ 812,597.10**
   Lines 2 + 3a + 3b

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>FICO Financial Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Middle District of Florida</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DRS Global Enterprise Solutions, Inc. Leonardo DRS, Inc. (attn legal department) 2345 Crystal Drive, Suite 1000 Arlington, VA, 22202 | | High-tech tenant improvement build out | Unliquidated Contingent | | | 633,500.00 |
| 2 | The Krauss Organization 711 North Sherill Street Tampa, FL, 33609 | | Services | Contingent | | | 154,544.63 |
| 3 | Willis Roofing & Waterproofing LLC 225 South 78th Street Tampa, FL, 33619 | | Gutter and roof repairs | | | | Unknown |
| 4 | Teco Tampa Electric 701 North Franklin Street Tampa, FL, 33602 | | | | | | 7,397.37 |
| 5 | The Service Fort, LLC 4279 Roswell Rd. NE Suite 102-106 Atlanta, GA, 30342-3700 | | | | | | 5,531.23 |
| 6 | Aircond Corporation dba EMCOR Services PO Box 945617 Atlanta, GA, 30394-5617 | | | | | | 4,949.66 |
| 7 | Levco Construction 3330 Cranmore Chase Marietta, GA, 30066 | | | | | | 1,893.07 |
| 8 | Ducks Lawn & Tree Service, LLC 2130 Greenway Dr. Winter Haven, FL, 33881 | | | | | | 1,200.00 |

Debtor    FICO Financial Corporation

Name

Case number (if known)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Saunders Ralston Dantzler Real Estate LLC 1723 Bartow Rd. Lakeland, FL, 33801-6553 | | | | | | 872.57 |
| 10 | Gibbs Landscaping Co. 4055 Atlanta Road Smyrna, GA, 30080-5939 | | | | | | 795.88 |
| 11 | Associated Plumbing 7402 N 56th St Ste 525 Tampa, FL, 33617 | | | | | | 438.17 |
| 12 | Constellation Newenergy - Gas  Division, LLC PO Box 5472 Caril Stream, IL, 60197-5472 | | | | | | 418.14 |
| 13 | City of Smyrna / Utilities Department 2800 King Street Smyrna, GA, 30080-3506 | | | | | | 336.48 |
| 14 | Patterson International Service Corp. 7107 N. Florida Avenue Tampa, FL, 33604-4833 | | | | | | 210.00 |
| 15 | ProWasteUSA, LLC PO Box 1528 Englewood, FL, 34295 | | | | | | 207.00 |
| 16 | Rainmaker Irrigation & Landscaping, Inc. 36181 E. Lake Road, #101 Palm Harbor, FL, 34685 | | | | | | 139.40 |
| 17 | Sedgefield Interior Landscapes, Inc. 3062 Kingston Ct SE Marietta, GA, 30067-8937 | | | | | | 93.50 |
| 18 | Terminex 860 Ridge Lake Blvd. Memphis, TN, 38120 | | | | | | 70.00 |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name  FICO Financial Corporation

United States Bankruptcy Court for the:  Middle District of Florida

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. BB&T (Tampa) | Checking | 6  9  3  6 | $ 78,163.56 |
| 3.2. See continuation sheet | | | $ 170,470.33 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**   $ 248,633.89

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

Debtor    FICO Financial Corporation            Case number *(if known)*_____
       Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.        $_____

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

                                  **Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:   103,144.96   –   0.00   = ........➤   $ 103,144.96
                     face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   0.00   –   0.00   = ........➤   $ 0.00
                   face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 103,144.96

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

                          **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                  % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.        $_____

---

| Debtor | FICO Financial Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| Debtor | FICO Financial Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$\qquad$ $_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor ___FICO Financial Corporation_____    Case number (if known)_____
        Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑  No. Go to Part 9.

☐  Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐  No

☐  Yes

---

| Debtor | FICO Financial Corporation | | Case number (if known) | |
|--------|---------------------------|---|-----------------------|---|
| | Name | | | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1    5850 W Cypress Street, Tampa, FL 33607 (multi tenant office) | Fee Simple | $_____ | estimated | $ 7,000,000.00 |
| 55.2    3300 Highlands Parkway, Smyrna GA 30082 (multi tenant office) | Fee Simple | $_____ | estimated | $ 5,500,000.00 |
| 55.3    See continuation sheet | | $ 0.00 | | $ 1,500,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 14,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | FICO Financial Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☐ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☑ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

   _____  _____ – _____ = ➜  $_____
   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____   $_____

   **Nature of claim**   _____
   **Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____   $_____

   **Nature of claim**   _____
   **Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

   _____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   _____   $_____
   _____   $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

| Debtor | FICO Financial Corporation | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 248,633.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 103,144.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . .............................................➔ | | $ 14,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 351,778.85 | + 91b. $ 14,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ | 14,351,778.85 | $ 14,351,778.85 |

| Debtor 1 | FICO Financial Corporation | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | | |
|---|---|---|---|
| **BB&T (East Lake)** | **Checking** | | **4395** |
| **Balance: 42,646.47** | | | |
| **Bank of America (main operating)** | **Checking** | | **2582** |
| **Balance: 9,617.08** | | | |
| **Cadence (State Bank) (Smyrna)** | **Checking** | | **2703** |
| **Balance: 118,206.78** | | | |

**55) Real property**

| | | |
|---|---|---|
| **2019 State Road 60 East, Lake Wales, FL 33853 (retail)** | **estimated** | **1,500,000.00** |
| **Fee Simple** | | |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |

**Fill in this information to identify the case:**

Debtor name ___FICO Financial Corporation___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1:     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,
_____

Describe debtor's property that is subject to a lien

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

**2.2** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $_____

| Fill in this information to identify the case: | |
|---|---|
| Debtor | FICO Financial Corporation |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (If known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_\_)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_\_)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_\_)

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Access Security Technology, Inc.
PO Box 478
Kennesaw, GA, 30156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ Unknown**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Aircond Corporation dba EMCOR Services
PO Box 945617
Atlanta, GA, 30394-5617

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 4,949.66**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Arrow Environmental Services, LLC
6225 Tower Lane
Sarasota, FL, 34240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ Unknown**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Associated Plumbing
7402 N 56th St Ste 525

Tampa, FL, 33617

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 438.17**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Bank of America
P.O. Box 660441
Dallas, TX, 75266-0441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ Unknown**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Charter Communications d/b/a Spectrum
Business
PO Box 94188
Palatine, IL, 60094-4188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ Unknown**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   FICO Financial Corporation
         Name

Case number *(if known)* _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.7** Nonpriority creditor's name and mailing address

Cintas Fire Protection
PO Box 636525
Cincinnati, OH, 45263-6525

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ Unknown

---

**3.8** Nonpriority creditor's name and mailing address

City of Lake Wales / Utilities Departmemt
PO Box 1320
Lake Wales, FL, 33859-1320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ Unknown

---

**3.9** Nonpriority creditor's name and mailing address

City of Smyrna / Utilities Department
2800 King Street
Smyrna, GA, 30080-3506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 336.48

---

**3.10** Nonpriority creditor's name and mailing address

City of Tampa Utilities
306 E. Jackson St., #5E
Tampa, FL, 33602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ Unknown

---

**3.11** Nonpriority creditor's name and mailing address

Cobb County Water System
PO Box 580440
Charlotte, NC, 28256-0440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ Unknown

---

Debtor  FICO Financial Corporation
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 12    **Nonpriority creditor's name and mailing address**

Comcast of Colorado/Florida/Michigan/New
Mexico/Pennsylvania/Washington DC
3010 Herring Ave
Sebring, FL, 33870

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3.** 13    **Nonpriority creditor's name and mailing address**

Comcast of Colorado/Florida/Michigan/New
Mexico/Pennsylvania/Washington, LLC
C/o Comcast Cable Communications, LLC (attn
General Counsel)
1500 Market Street,
Philadelphia, PA, 19102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3.** 14    **Nonpriority creditor's name and mailing address**

Commercial Janitorial Services of Central Florida,
LLC
PO Box 104
Eagle Lake, FL, 33839-0104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3.** 15    **Nonpriority creditor's name and mailing address**

Constellation Newenergy - Gas  Division, LLC
PO Box 5472
Caril Stream, IL, 60197-5472

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 418.14

---

**3.** 16    **Nonpriority creditor's name and mailing address**

DRS Global Enterprise Solutions, Inc.
Leonardo DRS, Inc.  (attn legal department)
2345 Crystal Drive, Suite 1000
Arlington, VA, 22202

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** High-tech tenant improvement build out

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 633,500.00

---

Debtor  FICO Financial Corporation
Name

Case number (if known) _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 17** Nonpriority creditor's name and mailing address

Ducks Lawn & Tree Service, LLC
2130 Greenway Dr.
Winter Haven, FL, 33881

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,200.00

**Is the claim subject to offset?**

Date or dates debt was incurred  _____  ☑ No
Last 4 digits of account number  _____  ☐ Yes

**3. 18** Nonpriority creditor's name and mailing address

Duke Energy
2051 Old Scenic Hwy
Lake Wales, FL, 33898

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**

Date or dates debt was incurred  _____  ☑ No
Last 4 digits of account number  _____  ☐ Yes

**3. 19** Nonpriority creditor's name and mailing address

Frontier Communications
401 Merritt 7
Norwalk, CT, 06851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**

Date or dates debt was incurred  _____  ☑ No
Last 4 digits of account number  _____  ☐ Yes

**3. 20** Nonpriority creditor's name and mailing address

Georgia Department of Revenue
P.O. Box 105136
Atlanta, GA, 30348-5136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**

Date or dates debt was incurred  _____  ☑ No
Last 4 digits of account number  _____  ☐ Yes

**3. 21** Nonpriority creditor's name and mailing address

Georgia Power
241 Ralph McGill Blvd.
Atlanta, GA, 30308-3374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**

Date or dates debt was incurred  _____  ☑ No
Last 4 digits of account number  _____  ☐ Yes

Debtor  FICO Financial Corporation _____   Case number _(if known)_ _____
       Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

GFM Janitorial, LLC
8710 W. Hillsborough Ave., #157

Tampa, FL, 33615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.23** Nonpriority creditor's name and mailing address

Gibbs Landscaping Co.
4055 Atlanta Road
Smyrna, GA, 30080-5939

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 795.88

---

**3.24** Nonpriority creditor's name and mailing address

Highlands Park Owners Association / Community
Management Associates, Inc.
PO Box 65851
Phoenix, AZ, 85082-5851

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.25** Nonpriority creditor's name and mailing address

Levco Construction
3330 Cranmore Chase
Marietta, GA, 30066

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,893.07

---

**3.26** Nonpriority creditor's name and mailing address

Magellan Properties, Inc.
3990 Flowers Road
Suite 560
Atlanta, GA, 30360

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Leasing Commissions

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Debtor    FICO Financial Corporation

Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 27   Nonpriority creditor's name and mailing address

Patterson International Service Corp.
7107 N. Florida Avenue

Tampa, FL, 33604-4833

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 210.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 28   Nonpriority creditor's name and mailing address

ProWasteUSA, LLC
PO Box 1528
Englewood, FL, 34295

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 207.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 29   Nonpriority creditor's name and mailing address

Rainmaker Irrigation & Landscaping, Inc.
36181 E. Lake Road, #101
Palm Harbor, FL, 34685

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 139.40

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 30   Nonpriority creditor's name and mailing address

Republic Services, Inc.
3820 Maine Ave.
Lakeland, FL, 33801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 31   Nonpriority creditor's name and mailing address

Saunders Ralston Dantzler Real Estate LLC
1723 Bartow Rd.
Lakeland, FL, 33801-6553

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 872.57

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   FICO Financial Corporation
         Name _____

         Case number (*if known*) _____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 32   **Nonpriority creditor's name and mailing address**

Sedgefield Interior Landscapes, Inc.
3062 Kingston Ct SE

Marietta, GA, 30067-8937

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 93.50**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 33   **Nonpriority creditor's name and mailing address**

Teco Tampa Electric
701 North Franklin Street
Tampa, FL, 33602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 7,397.37**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 34   **Nonpriority creditor's name and mailing address**

Terminex
860 Ridge Lake Blvd.
Memphis, TN, 38120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 70.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 35   **Nonpriority creditor's name and mailing address**

The Krauss Organization
711 North Sherill Street
Tampa, FL, 33609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 154,544.63**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 36   **Nonpriority creditor's name and mailing address**

The Service Fort, LLC
4279 Roswell Rd. NE
Suite 102-106
Atlanta, GA, 30342-3700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 5,531.23**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    FICO Financial Corporation
_____
Name

Case number (if known)_____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37    **Nonpriority creditor's name and mailing address**

Tim's Lawn Service & More
2109 Gary Road
Auburndale, FL, 33823

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 38    **Nonpriority creditor's name and mailing address**

Willis Roofing & Waterproofing LLC
225 South 78th Street
Tampa, FL, 33619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Gutter and roof repairs

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   FICO Financial Corporation
_____
         Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. C&R Tax & Accounting Services, LLC<br>500 Knights Run Ave #914<br>Tampa, FL, 33602 | Line _____<br>☑ Not listed. Explain:<br>For notice purposes. | _____ |
| 4.2. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.3. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.4. | Line _____<br>☐ Not listed. Explain | _____ |
| 41. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | Line _____<br>☐ Not listed. Explain | _____ |

Debtor    FICO Financial Corporation
          Name

          Case number (if known)_____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $ 812,597.10 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 812,597.10 |

**Fill in this information to identify the case:**

Debtor name ___FICO Financial Corporation___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 3300 Highlands Lessee | Automotive Finance Corporation<br>13085 Hamiton Crossing Blvd.<br>Suite 300<br>Carmel, IN, 46032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | 3300 Highlands Lessee | Bridge Way HHA Metro, LLC<br>3300 Highlands Parkway<br>Suite 170<br>Smyrna, GA, 30082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 3300 Highlands Lessee | Caldera Specialty Finance Holding Co., LLC<br>3300 Highlands Parkway<br>Suite 290<br>Smyrna, GA, 30082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | 3300 Highlands Lessee | Conrod Enterprises, Inc. dba Dependable Termite<br>3300 Highlands Parkway<br>Suite 140<br>Smyrna, GA, 30082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | 3300 Highlands Lessee | Forest Landowners Association, Inc.<br>3300 Highlands Parkway<br>Suite 200<br>Smyrna, GA, 30082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | FICO Financial Corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 3300 Highlands Lessee | Henkel Consumer Adhesives, Inc.<br>3300 Highlands Parkway<br>Suite 1900<br>Smyrna, GA, 30082 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 3300 Highlands Lessee | Main Street Renewal LLC<br>3300 Highlands Parkway<br>Suite 135<br>Smyrna, GA, 30082 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 3300 Highlands Lessee | Republic National Distributing Company<br>3300 Highlands Parkway, Suite 253<br>Attn: Lease Coordinator<br>Smyrna, GA, 300872 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 3300 Highlands Lessee | Smith Seckman Reid, Inc.<br>3300 Highlands Parkway<br>Suite 295<br>Smyrna, GA, 30082 |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 3300 Highlands Lessee | Southeastern Traffic Supply LLC<br>3300 Highlands Parkway<br>Suite 110<br>Smyrna, GA, 30082 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BayWest Lessee | Cypress Training Holdings, LLC<br>5850 W. Cypress St.<br>Tampa, FL, 33609 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BayWest Lessee | PC Specialists, Inc. dba Technology Integration Group<br>5850 W. Cypress St.<br>Tampa, FL, 33609 |

| Debtor | FICO Financial Corporation | Case number (if known) |
|--------|---------------------------|------------------------|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** Eastlake Lessee<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Comcast<br>3010 Herring Avenue<br>Sebring, FL, 33870 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** Eastlake Lessee<br><br>**State the term remaining**<br>**List the contract number of any government contract** | D. McClain ENT, LLC dba All Star Grill<br>2019-2025 State Road 60 East<br>Lake Wales, FL, 33853 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** Eastlake Lessee<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Magic Nails and Spa<br>2015 & 2017 State Road 60 East<br>Lake Wales, FL, 33853 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** Eastlake Lessee<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Screaming 4TB, Toppers, LLC dba Toppers Creamery<br>2607 Broker Trace Lane<br>Valrico, FL, 33594 |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** Eastlake Lessee<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Sandy Music dba United Country Music Realty<br>2035 State Road 60 East<br>Lake Wales, FL, 33853 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** BayWest Lessee<br><br>**State the term remaining**<br>**List the contract number of any government contract** | DRS Global Enterprise Solutions, Inc.<br>Leonardo DRS, Inc.  (attn legal department)<br>2345 Crystal Drive, Suite 1000<br>Arlington, VA, 22202 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** 3300 Highlands<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Access Security Technology, Inc.<br>PO Box 478<br>Kennesaw, GA, 30156 |

| Debtor | FICO Financial Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.**20** | 3300 Highlands | Cintas Fire Protection<br>PO Boix 636525<br>Cincinnati, OH, 45263-6525 |
| | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number o any government contract** | |
| 2.**21** | 3300 Highlands | Highlands Park Owners Association<br>PO Box 65851<br>Phoenix, AZ, 85082-5851 |
| | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.**22** | 3300 Highlands | Constellation Newenergy |
| | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.**23** | 3300 Highlands | MITEC<br>4475 Rier Green Pkwy.<br>Suite 300<br>Duluth, GA, 30096 |
| | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.**24** | 3300 Highlands | Terminix<br>860 Ridge Lake Blvd.<br>Memphis, TN, 38120 |
| | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.**25** | 3300 Highlands | The Service Fort, LLC<br>4279 Roswell Rd. NE<br>Suite 102-106<br>Atlanta, GA, 30342-3700 |
| | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.**26** | Baywest | Aarow Environmental Services, LLC<br>6225 Tower Lane<br>Sarasota, FL, 34240 |
| | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| Debtor | FICO Financial Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Baywest |
| | | Commercial Fire & Communications, Inc. PO Box 1359 Largo, FL, 33779 |
| | **State the term remaining** | |
| | **List the contract number o any government contract** | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Baywest |
| | | Fort Knox Fire and Communications, Inc. 4517 George Road Suite 240 Tampa, FL, 33634 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Baywest |
| | | Frontier Communications 401 Merritt 7 Norwalk, CT, 06851 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Baywest |
| | | ProWasteUSA, Inc. PO Box 1528 Englewood, FL, 34295 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Baywest |
| | | Rainmaker Irrigation & Landscaping, Inc. 36181 E. Lake Road, #101 Palm Harbor, FL, 34685 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | EastLake |
| | | Tim's Lawn Service & More 2109 Gary Road Auburndale, FL, 33823 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Eastlake |
| | | Republic Services, Inc. 3820 Maine Ave. Lakeland, FL, 33801 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| Debtor | FICO Financial Corporation | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | Eastlake | Dynafire, LLC<br>109 Concord Dr., Ste. B<br>Casselberry, FL, 32707 |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 3300 Highlands | Aircond Corporation dba EMCOR Services<br>PO Box 945617<br>Atlanta, GA, 30394--5617 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Baywest | GFM Janitorial, LLC<br>8710 W. Hillsborough Ave., #157<br>Tampa, FL, 33615 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 3300 Highlands | Sedgefield Interior Landscapes Inc.<br>3062 Kingston Ct SE<br>Marietta, GA, 30067-8937 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Baywest | Patterson Internaitonal Service Corp.<br>7107 N. Florida Avenue<br>Tampa, FL, 33604-4833 |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name ___FICO Financial Corporation___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___FICO Financial Corporation___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1.** **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 1,110,615.92 |
| **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,730,970.00 |
| **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,733,275.00 |

**2.** **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to | Filing date | interest income | $ 18.66 |
| **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | Interest Income | $ 70.26 |
| **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | Interest Income | $ 81.69 |

| Debtor | FICO Financial Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached Exhibit A<br>Creditor's name | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | RCC Vision, Inc.<br>Insider's name<br>500 Knights Run Ave Suite 914<br>Suite 914<br>Tampa, FL 33602 | _____ | $ 550,000.00 | Regular distributions up to parent. |
| | **Relationship to debtor**<br>Parent of Parusa.  Parusa is parent of FICO | | | |
| 4.2. | Parusa Investment Corp<br>Insider's name<br>500 Knights Run Ave Suite 914<br>Suite 914<br>Tampa, FL 33602 | _____ | $ 120,000.00 | Distribution |
| | **Relationship to debtor**<br>Parent of FICO | | | |

Debtor    FICO Financial Corporation
_____    Case number (if known)_____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending |
| | | | ☐ On appeal |
| | | | ☐ Concluded |
| Case number | | | |
| _____ | | | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending |
| | | | ☐ On appeal |
| | | | ☐ Concluded |
| Case number | | | |
| _____ | | | |

| Debtor | FICO Financial Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:**  **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    FICO Financial Corporation
          _____    Case number *(if known)* _____
          Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Underwood Murray PA | See Application of Underwood Murray PA for hourly rates | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Underwood Murray P.A. | | 6/11/21 | $ 125,000.00 |
| | **Address** 100 N Tampa Suite 2325 Tampa, FL 33602 | | Prior to the filing of the petitions Underwood Murray incurred fees and costs in the amount of $47,590.25 and drew down a corresponding amount from the retainer pre-petition. | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** _____ | | | |

Debtor    FICO Financial Corporation _____    Case number *(if known)*_____
              Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attached. | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 6739 SE South Marina Way<br>Stuart, FL 34996 | From | 01/2006 | To 06/2021 |
| 14.2. | | From | _____ | To _____ |

Debtor    FICO Financial Corporation
_____    Case number (if known)_____
          Name

| Part 8: | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No
☐ Yes

Debtor    FICO Financial Corporation
_____    Case number *(if known)*_____
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor   FICO Financial Corporation
_____     Case number *(if known)*_____
Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Various Tenants<br>Name | | security deposits - see attached Exhibit | $ 42,100.91 |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Debtor | FICO Financial Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Parusa Investment Corporation<br>Name<br>500 Knights Run Ave #914<br>Tampa, FL 33602 | Real Estate | EIN: 65-0528989<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | **Business name and address**<br><br>RCC Vision<br>Name<br>500 Knights Run Ave #914<br>Tampa, FL 33602 | **Describe the nature of the business**<br><br>Holdco | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: 65-0263639<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | **Business name and address**<br><br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |

Debtor    FICO Financial Corporation
_____    Case number (if known)_____
          Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. CR Tax & Accounting Services, LLC<br>Name<br>500 Knights Run Ave., # 914 Tampa, FL 33602 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. Roland Rothpletz<br>Name<br>6739 SE SOUTH MARINA WAY, Stuart FL 34996 | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Roland Rothpletz<br>Name<br>6739 SE SOUTH MARINA WAY Stuart FL 34996 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. Christophe Rothpletz<br>Name<br>500 Knights Run Ave., #914, Tampa, FL 33602 | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Roland Rothpletz<br>Name<br>6739 SE SOUTH MARINA WAY, Stuart FL 34996 | |

---

Debtor    FICO Financial Corporation           Case number *(if known)*_____
       Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.   Christophe Rothpletz
       Name
       500 Knights Run Ave., # 914 Tampa, FL 33602

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.   _____
       Name

| Name and address |
|---|

26d.2.   _____
       Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   _____
       Name

Debtor    FICO Financial Corporation
_____    Case number (if known)_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2. _____<br>Name | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Parusa Investment Corp | 500 Knights Run Ave #914, Tampa, FL 33602 | Owner of 100% of FICO stock | 100 |
| Roland Rothpletz | 6739 SE South Marina Way, Stuart, FL 34996 | Secretary (was President until 6/2021) | |
| Christophe Rothpletz | 500 Knights Run Ave #914, Tampa, FL 33602 | President (was Secretary until 6/2021) | |
| RCC Vision, Inc. | 500 Knights Run Ave #914, Tampa, FL 33602 | 100% owner of Parusa Investment Corp., which is 100% owner of FICO Financial Corp. | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Xavier Bestenheider (c/o Jacky Bestenheider) | c/o Scott Konopka, Esq., Mrachek, Fitzgerald, Rose, et al, 1000 SE Monterey Commons Blvd Ste 306, Stuart, FL 34996-3342 | Former business partner - Disputed 6% interest in FICO | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor    FICO Financial Corporation
_____    Case number *(if known)*_____
          Name

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| RCC Vision, Inc. | EIN: 65-0263639 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/23/2021
              MM / DD / YYYY

✗ _signature_    Printed name  Christophe Rothpletz
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name    FICO Financial Corporation

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**26c) Records keepers**

**CR Tax & Accounting          500 Knights Run Ave.,**
**Services, LLC               #914 Tampa, FL 33602**

United States Bankruptcy Court

Middle District of Florida

In re:  FICO Financial Corporation

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____07/23/2021_____

/s/ _____

Signature of Individual signing on behalf of debtor

President

_____

Position or relationship to debtor

Access Security Technology, Inc.
PO Box 478
Kennesaw, GA 30156

Aircond Corporation dba EMCOR Services
PO Box 945617
Atlanta, GA 30394-5617

Arrow Environmental Services, LLC
6225 Tower Lane
Sarasota, FL 34240

Associated Plumbing
7402 N 56th St Ste 525
Tampa, FL 33617

Automotive Finance Corporation
13085 Hamiton Crossing Blvd.
Suite 300
Carmel, IN 46032

Bank of America
P.O. Box. 660441
Dallas, TX 75266-0441

Bridge Way HHA Metro, LLC
3300 Highlands Parkway
Suite 170
Smyrna, GA 30082

C&R Tax & Accounting Services, LLC
500 Knights Run Ave #914
Tampa, FL 33602

Caldera Specialty Finance Holding Co., LLC
3300 Highlands Parkway
Suite 290
Smyrna, GA 30082

Charter Communications d/b/a Spectrum Busines
PO Box 94188
Palatine, IL 60094-4188

Christophe Rothpletz
500 Knights Run Ave
Tampa
FL 33602

Cintas Fire Protection
PO Box 636525
Cincinnati, OH 45263-6525

City of Lake Wales / Utilities Departmemt
PO Box 1320
Lake Wales, FL 33859-1320

City of Smyrna / Utilities Department
2800 King Street
Smyrna, GA 30080-3506

City of Tampa Utilities
306 E. Jackson St., #5E
Tampa, FL 33602

Cobb County Water System
PO Box 580440
Charlotte, NC 28256-0440

Comcast
3010 Herring Avenue
Sebring, FL 33870

Comcast Cable Communications, LLC
1500 Market Street
Attn: General Counsel
Philadelphia, PA 19102

Comcast of Colorado/Florida/Michigan/New Mexi
C/o Comcast Cable Communications, LLC (a
1500 Market Street,
Philadelphia, PA 19102

Commercial Janitorial Services of Central Flo
PO Box 104
Eagle Lake, FL 33839-0104

Conrod Enterprises, Inc. dba Dependable Termi
3300 Highlands Parkway
Suite 140
Smyrna, GA 30082

Constellation Newenergy - Gas  Division, LLC
PO Box 5472
Caril Stream, IL 60197-5472

Cypress Training Holdings, LLC
5850 W. Cypress St.
Tampa, FL 33609

D. McClain ENT, LLC dba All Star Grill
2019-2025 State Road 60 East
Lake Wales, FL 33853

DRS Global Enterprise Solutions, Inc.
Leonardo DRS, Inc.  (attn legal departme
2345 Crystal Drive, Suite 1000
Arlington, VA 22202

Ducks Lawn & Tree Service, LLC
2130 Greenway Dr.
Winter Haven, FL 33881

Duke Energy
2051 Old Scenic Hwy
Lake Wales, FL 33898

Forest Landowners Association, Inc.
3300 Highlands Parkway
Suite 200
Smyrna, GA 30082

Frontier Communications
401 Merritt 7
Norwalk, CT 06851

Georgia Department of Revenue
P.O. Box 105136
Atlanta, GA 30348-5136

Georgia Power
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374

GFM Janitorial, LLC
8710 W. Hillsborough Ave., #157
Tampa, FL 33615

Gibbs Landscaping Co.
4055 Atlanta Road
Smyrna, GA 30080-5939

Henkel Consumer Adhesives, Inc.
3300 Highlands Parkway
Suite 1900
Smyrna, GA 30082

Henkel Corporation
Suite 200  Triad
2200 Renaissance Blvd.
King Of Prussia, PA 19406

Highlands Park Owners Association / Community
PO Box 65851
Phoenix, AZ 85082-5851

Levco Construction
3330 Cranmore Chase
Marietta, GA 30066

Magellan Properties, Inc.
3990 Flowers Road
Suite 560
Atlanta, GA 30360

Magic Nails and Spa
2015 & 2017 State Road 60 East
Lake Wales, FL 33853

Main Street Renewal LLC
3300 Highlands Parkway
Suite 135
Smyrna, GA 30082

Parusa Investment Corp
500 Knights Run Ave #914
Tampa
FL 33602

Patterson Internaitonal Service Corp.
7107 N. Florida Avenue
Tampa, FL 33604-4833

Patterson International Service Corp.
7107 N. Florida Avenue
Tampa, FL 33604-4833

PC Specialists, Inc. dba Technology Integrati
5850 W. Cypress St.
Tampa, FL 33609

ProWasteUSA, LLC
PO Box 1528
Englewood, FL 34295

Rainmaker Irrigation & Landscaping, Inc.
36181 E. Lake Road, #101
Palm Harbor, FL 34685

RCC Vision, Inc.
500 Knights Run Ave #914
Tampa
FL 33602

Republic National Distributing Company
3300 Highlands Parkway, Suite 253
Attn: Lease Coordinator
Smyrna, GA 300872

Republic Services, Inc.
3820 Maine Ave.
Lakeland, FL 33801

Roland Rothpletz
6739 SE South Marina Way
Stuart
FL 34996

Sandy Music dba United Country Music Realty
2035 State Road 60 East
Lake Wales, FL 33853

Saunders Ralston Dantzler Real Estate LLC
1723 Bartow Rd.
Lakeland, FL 33801-6553

Scott Konopka, Esq., Mrachek, Fitzgerald, Ros
1000 SE Monterey Commons Blvd.
Suite 306
Stuart, FL 34996

Screaming 4TB, Toppers, LLC dba Toppers Cream
2607 Broker Trace Lane
Valrico, FL 33594

Sedgefield Interior Landscapes, Inc.
3062 Kingston Ct SE
Marietta, GA 30067-8937

Sixta Financial, Inc.
PO Box 33209
Palm Beach Gardens, FL 33420

Smith Seckman Reid, Inc.
3300 Highlands Parkway
Suite 295
Smyrna, GA 30082

Southeastern Traffic Supply LLC
3300 Highlands Parkway
Suite 110
Smyrna, GA 30082

Teco Tampa Electric
701 North Franklin Street
Tampa, FL 33602

Terminex
860 Ridge Lake Blvd.
Memphis, TN 38120

The Krauss Organization
711 North Sherill Street
Tampa, FL 33609

The Service Fort, LLC
4279 Roswell Rd. NE
Suite 102-106
Atlanta, GA 30342-3700

Tim B. Wright, Esq.
1002 SE Monterey Commons Blvd.
Suite 100
Stuart, FL 34996

Tim's Lawn Service & More
2109 Gary Road
Auburndale, FL 33823

Willis Roofing & Waterproofing LLC
225 South 78th Street
Tampa, FL 33619

Xavier Bestenheider
Bureau 21 SA, Route du Rawyl 42
3963 Crans Montana
Switzerland,

Xavier Bestenheider
c/o Scott Konopka, Esq.
1000 SE Monterey Commons Blvd., Ste. 306
Stuart, FL 34496

# United States Bankruptcy Court

Middle District of Florida

**In re** FICO Financial Corporation

Case No. _____

**Debtor**

Chapter _11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 125,000.00_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 0.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor      ☑ Other (specify)  RCC Vision, Inc. following distributions made by Parusa.

3. The source of compensation to be paid to me is:

   ☐ Debtor      ☑ Other (specify)  FICO, Parusa, and/or RCC

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

Other matters generally expected of Chapter 11 debtor's counsel

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

NA

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/23/2021

*Date*

/s/ Scott A Underwood

*Signature of Attorney*

Underwood Murray, P.A.

*Name of law firm*

100 North Tampa St
2325
Tampa, FL 33602
8135408402
sunderwood@underwoodmurray.com

# FICO Financial Corporation

# FICO Corporate Resolution

FICO FINANCIAL CORPORATION
UNANIMOUS WRITTEN CONSENT

The undersigned director of FICO Financial Corporation (the "**Company**") does hereby waive all formal requirements, including the necessity of holding a formal or informal meeting, and any requirements for notice, and does hereby consent in writing, notwithstanding any other agreement or understanding (written or verbal) to the contrary, to the adoption of the following Resolutions and taking of the following actions under Florida Statute Section 607.0821 and Section 2.9 of the Company's by-laws (the "**By-Laws**") in lieu of a meeting of the Company's Board of Directors (the "**Board**"):

WHEREAS, the Company is a duly formed, validly existing corporation in good standing under the laws of the State of Florida;

WHEREAS, the Board has considered presentations by management and the real estate and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the status of pending litigation involving the Company's parent entity, the strategic alternatives available to it, and the effect of the foregoing on the Company's business;

WHEREAS, the Board has had the opportunity to consult with the real estate and legal advisors of the Company and assess the considerations related to the commencement of chapter 11 cases under title 11 of the United States Code (the "Bankruptcy Code"), including materials provided by the real estate and legal advisors, and the Board recommends the adoption of these resolutions;

WHEREAS, in light of the Company's current financial condition, the status of pending litigation of the Company's parent entity, the Director has investigated, discussed and considered options for addressing the Company's financial challenges and, after consultation with the Company's advisors, has concluded that it is in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code; and

WHEREAS, this Unanimous Written Consent has been duly executed by each and every director of the Company.

NOW THEREFORE be it:

RESOLVED, that in the judgment of the Director of the Company, it is desirable and in the best interests of the Company and its respective creditors, and other interested parties that a petition be filed by the Company seeking relief under the Bankruptcy Code;

RESOLVED, that the President of the Company is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), at such time as said officer shall determine in consultation with the Company's advisors;

RESOLVED, that the President may employ the law firm of Underwood Murray, P.A. as attorneys for the Company in the chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the President is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial and real estate advisors, liquidators and other professionals, and to take and perform any and all further acts and deeds deemed necessary, proper or desirable in connection with the successful prosecution of the chapter 11 case;

RESOLVED, that all acts, actions, and transactions relating to the filing of a bankruptcy petition under the chapter 11 of title 11 of the United State Code contemplated by the foregoing resolutions done in the name of and on behalf of the Company which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Board;

RESOLVED, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and

RESOLVED, that the President be and hereby is authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder, as the Board shall deem necessary or desirable in its reasonable business judgment as may be necessary or convenient to effectuate the purposes of these Resolutions.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand and seal for the purposes herein expressed.

[SIGNATURE ON FOLLOWING PAGE]

**FICO FINANCIAL CORPORATION**

By:_____

Roland Rothpletz its Director

Date: 7/ 22/ 2021

# FICO Financial Corporation

# FICO – 90 Day Transfer

6:39 PM
07/19/21
Accrual Basis

## Bank Accounts

### BoA Chk 063000047/898000882582

| Type | Date | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 51,527.10 |
| Bill Pmt -Check | 04/22/2021 | City of Lake Wales* | Account Number 47414 | Account Payable | | 304.51 | 51,222.59 |
| Check | 04/23/2021 | Fico Financial Corp. | | BB&T BW | 50,000.00 | | 101,222.59 |
| Check | 05/11/2021 | Visa Business Card | | -SPLIT- | | 210.60 | 101,011.99 |
| Bill Pmt -Check | 05/21/2021 | City of Lake Wales* | Account Number 47414 | Account Payable | | 304.51 | 100,707.48 |
| Check | 05/24/2021 | RCC Vision, Inc. | | Paid In Capital | | 90,000.00 | 10,707.48 |
| Check | 05/25/2021 | Fico Financial Corp. | | BB&T BW | 40,000.00 | | 50,707.48 |
| Check | 05/27/2021 | RCC Vision, Inc. | | Paid In Capital | | 30,000.00 | 20,707.48 |
| Check | 06/04/2021 | GEORGIA DEPARTMENT OF REVENUE | 2021-Q2 | State Tax | | 3,500.00 | 17,207.48 |
| Deposit | 06/07/2021 | Parusa Investment Corporation | Deposit | Paid In Capital | 20,000.00 | | 37,207.48 |
| Bill Pmt -Check | 06/09/2021 | Evans Tremaine | | Account Payable | | 26,451.80 | 10,755.68 |
| Check | 06/10/2021 | Visa Business Card | | -SPLIT- | | 379.00 | 10,376.68 |
| Bill Pmt -Check | 06/26/2021 | City of Lake Wales* | Account Number 47414 | Account Payable | | 304.51 | 10,072.17 |
| Bill Pmt -Check | 06/29/2021 | City of Tampa | 5850 W Cypress St. Tampa, FL 33607 | Account Payable | | 154.70 | 9,917.47 |
| Check | 07/11/2021 | Visa Business Card | | -SPLIT- | | 300.39 | 9,617.08 |
| Total BoA Chk 063000047/898000882582 | | | | | 110,000.00 | 151,910.02 | 9,617.08 |
| Total Bank Accounts | | | | | 110,000.00 | 151,910.02 | 9,617.08 |
| TOTAL | | | | | 110,000.00 | 151,910.02 | 9,617.08 |

# FICO Financial Corporation

# FICO – 2 Year Transfers
# (Not Ordinary)

6:42 PM
07/19/21
Accrual Basis

**Bank Accounts**

**BB&T East Lake**

| Type | Date | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 164,441.85 |
| Check | 04/19/2021 | DynaFire, LLC | Fire Alarm | Building | | 117.70 | 164,324.15 |
| Check | 04/19/2021 | FLORIDA DEPARTMENT OF REVENUE | | Sales Tax | | 1,159.97 | 163,164.18 |
| Deposit | 04/23/2021 | Comcast of South Florida | Deposit | Comcast | 3,846.33 | | 167,010.51 |
| Check | 04/26/2021 | Tim's Lawn Service & More | | Landscaping | | 1,200.00 | 165,810.51 |
| Check | 04/29/2021 | Duke Energy | | Electricity | | 19.62 | 165,790.89 |
| Check | 04/29/2021 | Duke Energy | | Electricity | | 98.04 | 165,692.85 |
| Check | 04/29/2021 | Duke Energy | | Electricity | | 19.62 | 165,673.23 |
| Check | 04/29/2021 | Duke Energy | | Electricity | | 19.62 | 165,653.61 |
| Check | 04/29/2021 | Duke Energy | | Electricity | | 19.91 | 165,633.70 |
| Check | 04/29/2021 | Duke Energy | | Electricity | | 36.94 | 165,596.76 |
| Check | 04/29/2021 | Duke Energy | | Electricity | | 69.30 | 165,527.46 |
| Check | 05/01/2021 | Commercial Janitorial Services LLC | | Janitorial | | 1,738.75 | 163,788.71 |
| Deposit | 05/03/2021 | United Country Music Realty | Deposit | United Country Music Realty | 1,224.22 | | 165,012.93 |
| Deposit | 05/03/2021 | All Star Grill | Deposit | All Star Grill | 5,637.19 | | 170,650.12 |
| Check | 05/04/2021 | Duke Energy | | Electricity | | 19.62 | 170,630.50 |
| Check | 05/04/2021 | Duke Energy | | Electricity | | 638.90 | 169,991.60 |
| Check | 05/04/2021 | Republic Services, Inc. | | Trash Removal | | 136.31 | 169,855.29 |
| Check | 05/05/2021 | Saunders Ralston Dantzler, LLC | | Management Fees | | 639.80 | 169,215.49 |
| Check | 05/06/2021 | Duke Energy | | Electricity | | 76.89 | 169,138.60 |
| Deposit | 05/06/2021 | Toppers Creamery | Deposit | Toppers Creamery | 2,362.91 | | 171,501.51 |
| Check | 05/07/2021 | Master's Touch Building Works, LLC | | Building | | 310.00 | 171,191.51 |
| Check | 05/11/2021 | City of Lake Wales | | Water & Sewer | | 1,035.70 | 170,155.81 |
| Deposit | 05/13/2021 | Magic Nails & Spa | Deposit | Magic Nails & Spa | 830.72 | | 170,986.53 |
| Deposit | 05/14/2021 | Comcast of South Florida | Deposit | Comcast | 2,479.45 | | 173,465.98 |
| Check | 05/24/2021 | FLORIDA DEPARTMENT OF REVENUE | | Sales Tax | | 734.04 | 172,731.94 |
| Check | 05/24/2021 | Master's Touch Building Works, LLC | | Building | | 135.00 | 172,596.94 |
| Check | 05/25/2021 | RCC Vision, Inc. | | Paid In Capital | | 120,000.00 | 52,596.94 |
| Check | 05/28/2021 | Duke Energy | | Electricity | | 19.62 | 52,577.32 |
| Check | 05/28/2021 | Duke Energy | | Electricity | | 19.62 | 52,557.70 |
| Check | 05/28/2021 | Duke Energy | | Electricity | | 19.62 | 52,538.08 |
| Check | 05/28/2021 | Duke Energy | | Electricity | | 19.76 | 52,518.32 |
| Check | 05/28/2021 | Duke Energy | | Electricity | | 129.78 | 52,388.54 |
| Check | 06/01/2021 | Duke Energy | | Electricity | | 36.62 | 52,351.92 |

6:42 PM
07/19/21
Accrual Basis

| Type | Date | Name | Account | Deposit | Check | Balance |
|---|---|---|---|---|---|---|
| Check | 06/02/2021 | Duke Energy | Electricity | | 19.62 | 52,332.30 |
| Check | 06/02/2021 | Duke Energy | Electricity | | 638.90 | 51,693.40 |
| Deposit | 06/02/2021 | All Star Grill | All Star Grill | 5,637.19 | | 57,330.59 |
| Deposit | 06/03/2021 | Toppers Creamery | Toppers Creamery | 2,362.91 | | 59,693.50 |
| Check | 06/04/2021 | Republic Services, Inc. | Trash Removal | | 136.31 | 59,557.19 |
| Deposit | 06/04/2021 | United Country Music Realty | United Country Music Realty | 1,198.15 | | 60,755.34 |
| Check | 06/09/2021 | Duck's Lawn & Tree Service. LLC | Landscaping | | 1,200.00 | 59,555.34 |
| Check | 06/10/2021 | City of Lake Wales | Water & Sewer | | 858.19 | 58,697.15 |
| Check | 06/16/2021 | Saunders Ralston Dantzler, LLC | Leasing Commission | | 272.00 | 58,425.15 |
| Check | 06/21/2021 | FLORIDA DEPARTMENT OF REVENUE | Sales Tax | | 791.66 | 57,633.49 |
| Deposit | 06/21/2021 | Magic Nails & Spa | Magic Nails & Spa | 3,400.00 | | 61,033.49 |
| Check | 06/25/2021 | Saunders Ralston Dantzler, LLC | Management Fees | | 688.60 | 60,344.89 |
| Deposit | 06/29/2021 | Comcast of South Florida | Comcast | 2,479.45 | | 62,824.34 |
| Check | 06/29/2021 | Duke Energy | Electricity | | 228.31 | 62,596.03 |
| Check | 07/01/2021 | Parusa Investment Corporation | Paid In Capital | | 30,000.00 | 32,596.03 |
| Deposit | 07/02/2021 | All Star Grill | All Star Grill | 5,637.19 | | 38,233.22 |
| Check | 07/02/2021 | Duke Energy | Electricity | | 658.52 | 37,574.70 |
| Deposit | 07/06/2021 | Toppers Creamery | Toppers Creamery | 2,362.91 | | 39,937.61 |
| Deposit | 07/06/2021 | United Country Music Realty | United Country Music Realty | 1,285.46 | | 41,223.07 |
| Check | 07/07/2021 | Republic Services, Inc. | Trash Removal | | 136.31 | 41,086.76 |
| Check | 07/08/2021 | Duke Energy | Electricity | | 129.48 | 40,957.28 |
| Check | 07/09/2021 | City of Lake Wales | Water & Sewer | | 748.95 | 40,208.33 |
| Check | 07/18/2021 | FLORIDA DEPARTMENT OF REVENUE | Sales Tax | | 961.86 | 39,246.47 |
| Total BB&T East Lake | | | | 40,744.08 | 165,939.46 | 39,246.47 |
| Total Bank Accounts | | | | 40,744.08 | 165,939.46 | 39,246.47 |
| TOTAL | | | | 40,744.08 | 165,939.46 | 39,246.47 |

6:41 PM
07/19/21
Accrual Basis

**Bank Accounts**
**BB&T BW**

| Type | Date | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 121,581.10 |
| Check | 04/19/2021 | Rainmaker Irrigation & Landscaping, Inc. | | Landscaping | | 870.00 | 120,711.10 |
| Check | 04/19/2021 | Tampa Electric | | -SPLIT- | | 5,583.20 | 115,127.90 |
| Check | 04/23/2021 | Fico Financial Corp. | | BoA Chk 063000047/898000882582 | | 50,000.00 | 65,127.90 |
| Check | 04/26/2021 | The Krauss Organization | | Management Fees | | 1,856.69 | 63,271.21 |
| Check | 04/26/2021 | ProWasteUSA, LLC | Waste & Recycling | Janitorial | | 207.00 | 63,064.21 |
| Deposit | 04/26/2021 | Cypress Training Holding, Inc. | Deposit | Cypress Training Holdings, LLC. | 30,000.00 | | 93,064.21 |
| Deposit | 05/04/2021 | DRS Technical Services, Inc. | Deposit | DRS Technical Services, Inc. | 22,513.36 | | 115,577.57 |
| Check | 05/05/2021 | City of Tampa Utilities | | Water & Sewer | | 997.21 | 114,580.36 |
| Check | 05/05/2021 | Frontier Communications Corporation | | Telephone | | 306.89 | 114,273.47 |
| Check | 05/05/2021 | The Krauss Organization | | Postage & Delivery | | 5.50 | 114,267.97 |
| Check | 05/07/2021 | Patterson Int'l Service Corp. | DRS | HVAC | | 867.00 | 113,400.97 |
| Deposit | 05/11/2021 | Technology Integration Group | Deposit | Technology Integration Group | 5,723.48 | | 119,124.45 |
| Check | 05/13/2021 | Associated Plumbing, Inc. | | Plumbing | | 50.00 | 119,074.45 |
| Check | 05/13/2021 | The Krauss Organization | DRS Ste C & D | Leasing Commissions | | 9,010.02 | 110,064.43 |
| Check | 05/13/2021 | Tampa Electric | | -SPLIT- | | 6,225.45 | 103,838.98 |
| Check | 05/13/2021 | FLORIDA DEPARTMENT OF REVENUE | | Sales Tax | | 3,779.89 | 100,059.09 |
| Check | 05/20/2021 | ProWasteUSA, LLC | Waste & Recycling | Janitorial | | 207.00 | 99,852.09 |
| Check | 05/20/2021 | The Krauss Organization | | Management Fees | | 958.31 | 98,893.78 |
| Deposit | 05/21/2021 | DRS Technical Services, Inc. | Deposit | DRS Technical Services, Inc. | 3,706.80 | | 102,600.58 |
| Check | 05/25/2021 | Fico Financial Corp. | | BoA Chk 063000047/898000882582 | | 40,000.00 | 62,600.58 |
| Check | 06/01/2021 | Commercial Fire & Communications, Inc. | | Security | | 275.00 | 62,325.58 |
| Check | 06/01/2021 | KAD Associates, LLC | Design for DRS | Consulting Fees | | 13,500.00 | 48,825.58 |
| Check | 06/01/2021 | Rainmaker Irrigation & Landscaping, Inc. | | Landscaping | | 870.00 | 47,955.58 |
| Check | 06/01/2021 | RCC Vision, Inc. | | Paid in Capital | | 30,000.00 | 17,955.58 |
| Deposit | 06/01/2021 | Cypress Training Holding, Inc. | Deposit | Cypress Training Holdings, LLC. | 30,000.00 | | 47,955.58 |
| Deposit | 06/02/2021 | DRS Technical Services, Inc. | Deposit | DRS Technical Services, Inc. | 22,513.36 | | 70,468.94 |
| Check | 06/02/2021 | City of Tampa Utilities | | Water & Sewer | | 1,005.86 | 69,463.08 |
| Check | 06/02/2021 | Fort Knox Fire & Communication, Inc. | | Security | | 450.86 | 69,012.22 |
| Check | 06/02/2021 | Frontier Communications Corporation | | Telephone | | 147.69 | 68,864.53 |
| Check | 06/02/2021 | The Krauss Organization | | Postage & Delivery | | 8.25 | 68,856.28 |
| Deposit | 06/07/2021 | Technology Integration Group | Deposit | Technology Integration Group | 5,723.48 | | 74,579.76 |
| Deposit | 06/08/2021 | DRS Technical Services, Inc. | Deposit | DRS Technical Services, Inc. | 4,305.79 | | 78,885.55 |
| Check | 06/14/2021 | FLORIDA DEPARTMENT OF REVENUE | | Sales Tax | | 1,817.27 | 77,068.28 |
| Check | 06/14/2021 | Arrow Environmental Services, LLC | | Pest Control | | 86.00 | 76,982.28 |
| Check | 06/14/2021 | GFM Janitorial, LLC. | | Janitorial | | 1,903.13 | 75,079.15 |
| Check | 06/14/2021 | KAD Associates, LLC | Design for DRS | Consulting Fees | | 988.20 | 74,090.95 |
| Check | 06/14/2021 | Ntegrity Electric, LLC | | Electrical | | 547.64 | 73,543.31 |
| Check | 06/14/2021 | Tampa Electric | | -SPLIT- | | 7,104.95 | 66,438.36 |
| Check | 06/14/2021 | Willis Roofing & Waterproofing, LLC | Roof repairs | Building Repairs | | 187.50 | 66,250.86 |
| Check | 06/21/2021 | ProWasteUSA, LLC | Waste & Recycling | Janitorial | | 207.00 | 66,043.86 |

6:41 PM
07/19/21
Accrual Basis

| Type | Date | Name | Memo | Deposit | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 06/25/2021 | Cypress Training Holding, Inc. | Cypress Training Holdings, LLC. | 30,000.00 | | 96,043.86 |
| Check | 06/30/2021 | Parusa Investment Corporation | Paid in Capital | | 40,000.00 | 56,043.86 |
| Deposit | 07/06/2021 | DRS Technical Services, Inc. | DRS Technical Services, Inc. | 27,231.42 | | 83,275.28 |
| Deposit | 07/07/2021 | Technology Integration Group | Technology Integration Group | 5,723.48 | | 88,998.76 |
| Check | 07/09/2021 | FLORIDA DEPARTMENT OF REVENUE | Sales Tax | | 5,742.52 | 83,256.24 |
| Check | 07/15/2021 | Frontier Communications Corporation | Water & Sewer | | 1,060.46 | 82,195.78 |
| Check | 07/15/2021 | City of Tampa Utilities | Telephone | | 147.69 | 82,048.09 |
| Check | 07/15/2021 | The Krauss Organization | Postage & Delivery | | 8.25 | 82,039.84 |
| Check | 07/15/2021 | The Krauss Organization | Management Fees | | 2,776.28 | 79,263.56 |
| Check | 07/15/2021 | Patterson Int'l Service Corp. | HVAC | | 230.00 | 79,033.56 |
| Check | 07/15/2021 | Rainmaker Irrigation & Landscaping, Inc. | Landscaping | | 870.00 | 78,163.56 |
| Total BB&T BW | | | | 230,858.71 | 187,441.17 | 78,163.56 |
| Total Bank Accounts | | | | 230,858.71 | 187,441.17 | 78,163.56 |
| TOTAL | | | | 230,858.71 | 187,441.17 | 78,163.56 |

3:05 PM
07/22/21
Accrual Basis

## Bank Accounts

### Cadence (State Bank) 1000042703

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 256,857.76 |
| Deposit | 04/22/2021 | | | Automotive Finance Corporation | Deposit | √ | Automotive Finance Corporation | 3,183.36 | | 260,041.12 |
| Check | 04/23/2021 | | | Constellation | | √ | Gas & Electric | | 736.23 | 259,304.89 |
| Check | 04/23/2021 | | | Cobb County Water System | | √ | Water | | 22.00 | 259,282.89 |
| Check | 04/23/2021 | | | Terminix | | √ | Pest Control | | 70.00 | 259,212.89 |
| Check | 04/23/2021 | | | Cobb County Water System | | √ | Water | | 138.10 | 259,074.79 |
| Check | 04/23/2021 | | | All State ECA, LLC | | √ | Locksmithing | | 207.83 | 258,866.96 |
| Check | 04/23/2021 | | | Hughes Turner Phillips | | √ | Architectural Fees | | 1,125.15 | 257,741.81 |
| Check | 04/26/2021 | | | Spectrum Business | | √ | Telephone | | 184.96 | 257,556.85 |
| Deposit | 04/27/2021 | | | Henkel Consumer Adhesiv | Deposit | √ | Henkel Consumer Adhesiv, Inc. | 3,945.17 | | 261,502.02 |
| Deposit | 04/27/2021 | | | Dependable Termite | Deposit | √ | Dependable Termite | 2,133.54 | | 263,635.56 |
| Deposit | 04/28/2021 | | | Smith Seckman Reid, Inc. | Deposit | √ | Smith Seckman Reid, Inc. | 5,560.67 | | 269,196.23 |
| Check | 04/30/2021 | 995633 | | Aircond Corporation dba Emcor Services | Replace Compressor RTI | √ | Building Addition | | 4,580.00 | 264,616.23 |
| Check | 04/30/2021 | | | Sedgefield Interior Landscapes, Inc. | | √ | Interior Landscape | | 93.50 | 264,522.73 |
| Deposit | 04/30/2021 | | | Cadence Bank | Deposit | √ | 3300 Highlands | 4.20 | | 264,526.93 |
| Check | 05/01/2021 | 1170 | | Magellan Properties, Inc. | | √ | Management Fees | | 2,128.41 | 262,398.52 |
| Check | 05/01/2021 | 1169 | | Magellan Properties, Inc. | | √ | Telephone | | 349.99 | 262,048.53 |
| Check | 05/03/2021 | | | Terminix | | √ | Pest Control | | 70.00 | 261,978.53 |
| Check | 05/03/2021 | 995647 | | Gibbs Landscape Co. | | √ | Landscaping | | 2,688.00 | 259,290.53 |
| Deposit | 05/03/2021 | | | BridgeWay HHA Metro, LLC | Deposit | √ | BridgeWay HHA Metro, LLC | 3,154.38 | | 262,444.91 |
| Deposit | 05/04/2021 | | | Republic National Distributing Company | Deposit | √ | Republic National Distributing | 40,891.58 | | 303,336.49 |
| Check | 05/05/2021 | 995646 | | City of Smyrna | | √ | Refuse Collection | | 336.48 | 303,000.01 |
| Check | 05/05/2021 | 995645 | | Sedgefield Interior Landscapes, Inc. | | √ | Interior Landscape | | 93.50 | 302,906.51 |
| Check | 05/05/2021 | 995643 | | The Service Fort, LLC | | √ | Janitorial | | 2,937.27 | 299,969.24 |
| Check | 05/07/2021 | 995650 | | Newmark Southern Region, LLC | RNDC extension | √ | Leasing Commissions | | 3,680.24 | 296,289.00 |
| Deposit | 05/07/2021 | | | Forest Landowners Association, Inc. | Deposit | √ | Forest Landowners | 1,924.58 | | 298,213.58 |
| Deposit | 05/07/2021 | | | Southeastern Traffic Supply, LLC | Deposit | √ | Southeastern Traffic Supply, LL | 6,531.53 | | 304,745.11 |
| Check | 05/13/2021 | | | Terminix | | √ | Pest Control | | 70.00 | 304,675.11 |
| Check | 05/13/2021 | | | The Service Fort, LLC | | √ | -SPLIT- | | 4,022.74 | 300,652.37 |
| Check | 05/13/2021 | | | Aircond Corporation dba Emcor Services | | √ | HVAC | | 426.00 | 300,226.37 |
| Check | 05/13/2021 | | | Constellation | | √ | Gas & Electric | | 656.92 | 299,569.45 |
| Check | 05/13/2021 | 995640 | | Gibbs Landscape Co. | | √ | Landscaping | | 795.88 | 298,773.57 |
| Check | 05/13/2021 | 995639 | | Georgia Power | 90549-23017 | √ | Gas & Electric | | 7,290.26 | 291,483.31 |
| Deposit | 05/13/2021 | | | Caldera Specialty Finance Holding Co. LLC | Deposit | √ | Caldera Specialty Finance Hold | 4,865.70 | | 296,349.01 |
| Deposit | 05/13/2021 | | | Dependable Termite | Deposit | √ | Dependable Termite | 6,115.96 | | 302,464.97 |
| Deposit | 05/13/2021 | | | Henkel Consumer Adhesiv | Deposit | √ | Henkel Consumer Adhesiv, Inc. | 3,945.17 | | 306,410.14 |
| Check | 05/18/2021 | | | City of Smyrna | STS improvement | √ | Refuse Collection | | 336.48 | 306,073.66 |
| Check | 05/18/2021 | | | Levco Construction, Inc. | STS improvement | √ | Tenant Improvements | | 572.47 | 305,501.19 |
| Check | 05/19/2021 | 1171 | | Magellan Properties, Inc. | RNDC extension | √ | Leasing Commissions | | 2,431.69 | 303,069.50 |
| Check | 05/24/2021 | | | Georgia Power | 90549-23017 | √ | Gas & Electric | | 7,408.78 | 295,660.72 |
| Deposit | 05/24/2021 | | | Automotive Finance Corporation | Deposit | √ | Automotive Finance Corporation | 3,278.86 | | 298,939.58 |
| Check | 05/26/2021 | | | RCC Vision, Inc. | | √ | Paid in Capital | | 200,000.00 | 98,939.58 |
| Deposit | 05/26/2021 | | | Smith Seckman Reid, Inc. | Deposit | √ | Smith Seckman Reid, Inc. | 5,727.49 | | 104,667.07 |
| Check | 05/27/2021 | 995654 | | Gibbs Landscape Co. | | √ | Landscaping | | 795.88 | 103,871.19 |
| Check | 05/27/2021 | 995653 | | Aircond Corporation dba Emcor Services | 3 diffusers for STS | √ | Tenant Improvements | | 863.33 | 103,007.86 |
| Deposit | 05/31/2021 | | | Cadence Bank | Deposit | √ | 3300 Highlands | 4.44 | | 103,012.30 |
| Check | 06/01/2021 | | | Georgia Power | 90549-23017 | √ | Gas & Electric | | 7,892.96 | 95,119.34 |
| Check | 06/01/2021 | | | Cobb County Water System | Irrigation leaks | √ | Building Repairs | | 221.46 | 94,897.88 |
| Check | 06/01/2021 | | | Cobb County Water System | | √ | Water | | 412.28 | 94,485.60 |
| Check | 06/01/2021 | | | Magellan Properties, Inc. | | √ | Management Fees | | 2,285.19 | 92,200.41 |
| Deposit | 06/02/2021 | | | Republic National Distributing Company | May | √ | Republic National Distributing | 40,891.58 | | 133,091.99 |
| Check | 06/03/2021 | | | Spectrum Business | | √ | Telephone | | 184.96 | 132,907.03 |

3:05 PM
07/22/21
Accrual Basis

| Type | Date | Num | Name | Account (Memo) | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 06/04/2021 | | Forest Landowners Association, Inc. | Forest Landowners | 1,924.58 | 134,831.61 |
| Check | 06/08/2021 | 1172 | AAA Digital Reprographics | Signs | 47.25 | 134,784.36 |
| Deposit | 06/09/2021 | | Caldera Specialty Finance Holding Co, LLC | Caldera Specialty Finance Holdi... | 4,865.70 | 139,650.06 |
| Check | 06/09/2021 | | City of Smyrna | Refuse Collection | 336.48 | 139,313.58 |
| Check | 06/11/2021 | | Mold Inspection & Testing | Janitorial | 575.00 | 138,738.58 |
| Deposit | 06/15/2021 | | Henkel Consumer Adhesiv | Henkel Consumer Adhesiv, Inc. | 3,945.17 | 142,683.75 |
| Deposit | 06/16/2021 | | BridgeWay HHA Metro, LLC | BridgeWay HHA Metro, LLC | 3,154.38 | 145,838.13 |
| Deposit | 06/16/2021 | | Southeastern Traffic Supply, LLC | Southeastern Traffic Supply, LL | 6,531.53 | 152,369.66 |
| Check | 06/16/2021 | | Sedgefield Interior Landscapes, Inc. | Interior Landscape | 93.50 | 152,276.16 |
| Check | 06/18/2021 | | Constellation | Gas & Electric | 455.89 | 151,820.27 |
| Check | 06/23/2021 | | Aircond Corporation dba Emcor Services | HVAC (RTU 17) | 1,282.95 | 150,537.32 |
| Check | 06/23/2021 | | The Service Fort, LLC | -SPLIT- | 2,900.00 | 147,637.32 |
| Check | 06/23/2021 | | Gibbs Landscape Co. | Landscaping | 795.88 | 146,841.44 |
| Deposit | 06/24/2021 | | Automotive Finance Corporation | Automotive Finance Corporation | 3,278.86 | 150,120.30 |
| Check | 06/28/2021 | 995665 | Westfield Insurance | Insurance | 3,185.25 | 146,935.05 |
| Check | 06/30/2021 | 995672 | Panuia Investment Corporation | Paid in Capital | 50,000.00 | 96,935.05 |
| Check | 06/30/2021 | 995670 | Levico Construction, Inc. | Tenant Improvements (Bridge Way Improvements) | 11,639.55 | 85,295.50 |
| Deposit | 06/30/2021 | | Smith Seckman Reid, Inc. | Smith Seckman Reid | 5,727.49 | 91,022.99 |
| Deposit | 07/01/2021 | | Cadence Bank | Cadence Bank | 2.24 | 91,025.23 |
| Check | 07/06/2021 | | Cadence Bank | Bank Service Charge | 2.00 | 91,023.23 |
| Deposit | 07/06/2021 | 995671 | Dependable Termite | Dependable Termite | 357.27 | 91,380.50 |
| Deposit | 07/06/2021 | | Forest Landowners Association, Inc. | Forest Landowners | 1,924.58 | 93,305.08 |
| Deposit | 07/06/2021 | | Southeastern Traffic Supply, LLC | Southeastern Traffic Supply, LL | 6,531.53 | 99,836.61 |
| Deposit | 07/07/2021 | | Republic National Distributing Company | Republic National Distributing | 40,891.58 | 140,728.19 |
| Check | 07/07/2021 | 995666 | Cobb County Water System | Water | 313.99 | 140,414.20 |
| Check | 07/07/2021 | 995667 | Spectrum Business | Telephone | 184.96 | 140,229.24 |
| Check | 07/07/2021 | | Access Security Technology, Inc. | Security | 60.00 | 140,169.24 |
| Check | 07/08/2021 | | Access Security Technology, Inc. | Security | 60.00 | 140,109.24 |
| Deposit | 07/13/2021 | | BridgeWay HHA Metro, LLC | BridgeWay HHA Metro, LLC | 3,154.38 | 143,263.62 |
| Deposit | 07/15/2021 | 995674 | Caldera Specialty Finance Holding Co, LLC | Caldera Specialty Finance Hold | 4,865.70 | 148,129.32 |
| Deposit | 07/15/2021 | 995675 | Henkel Consumer Adhesiv | Henkel Consumer Adhesiv, Inc. | 3,945.17 | 152,074.49 |
| Check | 07/16/2021 | | City of Smyrna | Refuse Collection | 336.48 | 151,738.01 |
| Check | 07/21/2021 | | Levico Construction, Inc. | Building Addition (3300 Highlands) | 22,671.30 | 129,066.71 |
| Bill Pmt -Check | 07/21/2021 | 1175992681 | Georgia Power | Gas & Electric (90549-22017) | 8,750.35 | 120,316.36 |
| Check | 07/22/2021 | 1174 | Magellan Properties, Inc. | Account Payable | 2,109.58 | 118,206.78 |

| | | | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| Total Cadence [State Bank] 1000042703 | | | | 223,258.37 | 361,909.35 | 118,206.78 |
| Total Bank Accounts | | | | 223,258.37 | 361,909.35 | 118,206.78 |
| TOTAL | | | | 223,258.37 | 361,909.35 | 118,206.78 |

3:00 PM
07/18/21
Accrual Basis

# FICO Financial Corporation
## As of July 18, 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|
| **Paid In Capital** | | | | | | | |
| Check | 08/29/2020 | 1328 | RCC Vision, Inc. | | BoA Chk 063000047/898000882582 | 30,000.00 | |
| Deposit | 10/01/2020 | | Parusa Investment Corporation | Deposit | BoA Chk 063000047/898000882582 | | 50,000.00 |
| Check | 04/02/2021 | | RCC Vision, Inc. | | BoA Chk 063000047/898000882582 | 50,000.00 | |
| Check | 05/24/2021 | | RCC Vision, Inc. | | BoA Chk 063000047/898000882582 | 90,000.00 | |
| Check | 05/25/2021 | 351 | RCC Vision, Inc. | | BB&T East Lake | 120,000.00 | |
| Check | 05/26/2021 | | RCC Vision, Inc. | | Cadence (State Bank)1000042703 | 200,000.00 | |
| Check | 05/27/2021 | | RCC Vision, Inc. | | BoA Chk 063000047/898000882582 | 30,000.00 | |
| Check | 06/01/2021 | 6428 | RCC Vision, Inc. | | BB&T BW | 30,000.00 | |
| Deposit | 06/07/2021 | | Parusa Investment Corporation | Deposit | BoA Chk 063000047/898000882582 | | 20,000.00 |
| Check | 06/30/2021 | 6440 | Parusa Investment Corporation | | BB&T BW | 40,000.00 | |
| Check | 06/30/2021 | | Parusa Investment Corporation | | Cadence (State Bank)1000042703 | 50,000.00 | |
| Check | 07/01/2021 | | Parusa Investment Corporation | | BB&T East Lake | 30,000.00 | |
| Total Paid In Capital | | | | | | 670,000.00 | 70,000.00 |
| TOTAL | | | | | | 670,000.00 | 70,000.00 |

11:32 AM
07/20/21
Accrual Basis

### Paid In Capital

| Type | Date | Name | Memo | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|
| Check | 08/05/2019 | RCC Vision, Inc. | | | BoA Chk 063000047/898000882582 | 50,000.00 | |
| Check | 08/06/2019 | Parusa Investment Corporation | | | BoA Chk 063000047/898000882582 | 30,000.00 | |
| Check | 08/08/2019 | Parusa Investment Corporation | | | BoA Chk 063000047/898000882582 | 20,000.00 | |
| Check | 08/23/2019 | RCC Vision, Inc. | | | BoA Chk 063000047/898000882582 | 70,000.00 | |
| Check | 08/27/2019 | Parusa Investment Corporation | | | BoA Chk 063000047/898000882582 | 50,000.00 | |
| Check | 09/09/2019 | Parusa Investment Corporation | | | BoA Chk 063000047/898000882582 | 20,000.00 | |
| Check | 11/30/2019 | RCC Vision, Inc. | | | BoA Chk 063000047/898000882582 | 80,000.00 | |
| Check | 01/06/2020 | RCC Vision, Inc. | | | BoA Chk 063000047/898000882582 | 30,000.00 | |
| Deposit | 01/17/2020 | Parusa Investment Corporation | Deposit | | BoA Chk 063000047/898000882582 | | 40,000.00 |
| Deposit | 02/19/2020 | Parusa Investment Corporation | Deposit | | Cadence (State Bank)1000042703 | | 50,000.00 |
| Check | 03/17/2020 | RCC Vision, Inc. | | | BoA Chk 063000047/898000882582 | 30,000.00 | |
| Deposit | 04/02/2020 | Parusa Investment Corporation | Deposit | | Cadence (State Bank)1000042703 | | 100,000.00 |
| Check | 08/29/2020 | RCC Vision, Inc. | | | BoA Chk 063000047/898000882582 | 30,000.00 | |
| Deposit | 10/01/2020 | Parusa Investment Corporation | Deposit | | BoA Chk 063000047/898000882582 | | 50,000.00 |
| Check | 04/02/2021 | RCC Vision, Inc. | | | BoA Chk 063000047/898000882582 | 50,000.00 | |
| Check | 05/24/2021 | RCC Vision, Inc. | | | BoA Chk 063000047/898000882582 | 90,000.00 | |
| Check | 05/25/2021 | RCC Vision, Inc. | | | BB&T East  Lake | 120,000.00 | |
| Check | 05/26/2021 | RCC Vision, Inc. | | | Cadence (State Bank)1000042703 | 200,000.00 | |
| Check | 05/27/2021 | RCC Vision, Inc. | | | BoA Chk 063000047/898000882582 | 30,000.00 | |
| Check | 06/01/2021 | RCC Vision, Inc. | | | BB&T BW | 30,000.00 | |
| Deposit | 06/07/2021 | Parusa Investment Corporation | Deposit | | BoA Chk 063000047/898000882582 | | 20,000.00 |
| Check | 06/30/2021 | Parusa Investment Corporation | | | BB&T BW | 40,000.00 | |
| Check | 06/30/2021 | Parusa Investment Corporation | | | Cadence (State Bank)1000042703 | 50,000.00 | |
| Check | 07/01/2021 | Parusa Investment Corporation | | | BB&T East  Lake | 30,000.00 | |
| Total Paid In Capital | | | | | | 1,050,000.00 | 260,000.00 |
| TOTAL | | | | | | 1,050,000.00 | 260,000.00 |

# FICO Financial Corporation

# FICO – Security Deposits

**Fico Financial Corp.**
**Security Deposit Detail**
**7/18/2021**

**3300 Highlands**

| | | |
|---|---|---|
| Southeastern Traffic Supply | 6,531.53 | |
| Dependable Termite | 1,952.50 | |
| BridgeWay | 3,062.50 | |
| Automotive Finance Corporation | 1,715.83 | |
| Forest Landowners Association, Inc. | 1,709.13 | |
| RNDC | 8,225.00 | |
| Caldera | 3,093.75 | |
| Smith Seckman Reid | 5,560.67 | |
| 3300 Highlands Total | | 31,850.91 |

**BayWest**

| | | |
|---|---|---|
| TIG | 3,750.00 | |
| BayWest Total | | 3,750.00 |

**Eastlake**

| | | |
|---|---|---|
| All Star Grill | 3,000.00 | |
| United Country Music Realty | 500.00 | |
| Toppers Creamery | 3,000.00 | |
| | | 6,500.00 |

**Total Security Deposit** — 42,100.91